# INDEX OF EXHIBITS



| | |
|---|---|
| EXHIBIT 1 | LGBTQ BRAVE SPACE EDUCATION PROGRAM |
| EXHIBIT 2 | REGULATION 5161 |
| EXHIBIT 3 | WCSD BOARD POLICY 9200 |

# EXHIBIT "1"



BRAVE SPACE

Brave Reach Out Voice Empower Safe Patience Acceptance Everyone Support

# LGBTQ Education Presentation for Brave Space


**Tiffany Schweickert, MA, N.C.S.C., C.P.C.- Intern**

*School Counselor*

*Crisis Response*

*Counseling and Social Work Department*

**Tracy Ceragioli, LCSW**

*School Social Worker*

*Licensed Clinical Social Worker with the Aware Grant*

*Counseling and Social Work Department*

Washoe County School District


GROUND RULES
This is a Safe Space- for staff
Learning Leaves
Names Stay
Ask questions
This is meant to be an open learning environment
This is a Brave Space for you to learn, question, and comment
Reserve the right to change your mind
It is ok to disagree with something you already said/thought

# OBJECTIVES

## This is about creating a Brave Space

- What does this mean?
- Why are we doing this? – District Strategic Goal 5.1
  - Improve a climate of belonging and self-worth and justice amongst students, families, employees and community
  - Inclusive, collaborative, and engaging learning community
  - Equitable practices, strategies, and materials

## Why the Term Brave Space?

- Term Safe Space
- Need to Expand Concept of Safe Space to inclusive additional student populations
- Students are reporting more stress and asking for more emotional support. (More and more youth are experiencing mental health challenge)
  Response to COVID, racial tensions, capitol riot, and unsettling times.



# OBJECTIVES CONT

## Explanation of Acronyms & Terminology

- Definitions
- Discussion of use
- Importance of accurate use
- Importance of understanding youth fluidity with terms

## Why this is important

- Recognition of specific risks for LGBTQ youth
- To be comfortable with initial support for youth and provide knowledge, understanding, and care


FIRST IMPRESSIONS
• Answer each question to yourself
• Ask questions if needed
• Debrief after



## FIRST IMPRESSIONS

- When is the first time you can remember learning that not all people identified as straight and that some identified as lesbian, gay, bisexual, or other queer identities?
- When did you first become aware that people had a gender and that not all people identified as cisgender?
- How have your impressions/understanding of sexual orientation and gender identity changed or evolved throughout your live?


LGBTQIA+
• Lesbian
• Gay
• Bisexual
• Transgender*
• Queer/Questioning
• Intersex
• Asexual
• Ally
• + Used by some
• Pansexual


SGM
Sexual & Gender Minority:
Sexual Minority: Individuals who identify as lesbian, gay, or bisexual or who are attracted to or have sexual contact with people of the same gender,
Gender Minority: Individuals whose gender identity (man, women, other) or expressions (masculine, feminine, other) is different from their sex (male, female) assigned at birth.
https://www.cdc.gov/healthyyouth/terminology/sexual-and-gender-identity-terms.htm



## SEXUAL ORIENTATION vs. GENDER

- Sexual Orientation
  - The type of sexual, romantic, physical, and/or spiritual attraction one feels for others
  - Often labeled based on the gender relationship between the person and the people they are attracted to
  - Heterosexual, bisexual, pansexual, queer…
- Gender
  - Combination of Biological Sex, Gender Identity, and Gender Expression
  - Independent from each other
- Two separate identities



## GENDER

- Biological Sex assigned at birth (AFAB and AMAB)
  - Term used to refer to the characteristics that are used to classify an individual at birth as female, male, or intersex
- Gender Identity
  - The internal perception of one's gender, and how we label ourselves
  - Common identity terms include man, woman, nonbinary, genderqueer, etc.
- Gender Expression
  - The external display of one's gender, through a combination of dress, demeanor, social behavior, and other factors
  - Generally measured on scales of masculinity and femininity




The Genderbread Person v3.2
Identity
Attraction
Expression
Sex
Gender Identity
Woman-ness
Man-ness
Gender Expression
Feminine
Masculine
Biological Sex
Female-ness
Male-ness
Sexually Attracted to
Nobody
(Women/Females/Femininity)
(Men/Males/Masculinity)
Romantically Attracted to
Nobody
(Women/Females/Femininity)
(Men/Males/Masculinity)
Washoe County
School District


TERMINOLOGY
Transgender
A person who lives as a member of a gender other than their sex assigned at birth
Female to Male (FTM) / Male to Female (MTF)/Non-Binary
Cisgender
A person whose gender identity and sex assigned at birth align
Gender Normative
A person whose gender presentation aligns with society's gender-based expectations
Gender Binary
The idea that there are only two genders – male/female or man/woman and that a person must be strictly gendered as either/or



## TERMINOLOGY

- Gender Fluid
  - Refers to flexibililty in regard to one's gender identity. Rather than being fixed, a person who identifies as gender fluid will experience fluctuations and changes in their gender identity.
- Genderqueer or Non-Binary
  - A catch-all term for gender identities other than man and woman
- Outing
  - Involuntary or unwanted disclosure of another person's sexual orientation, gender identity, or intersex status



# FEDERAL PROTECTIONS

**2020** U.S. Supreme Court

- Issued a landmark 6-3 decision affirming that prohibition on sex discrimination extends to discrimination based on sexual orientation and gender identity.



The opinion, authored by Justice Neil Gorsuch

- "Today, we must decide whether an employer can fire someone simply for being homosexual or transgender. The answer is clear. An employer who fires an individual for being homosexual or transgender fires that person for traits or actions it would not have questioned in members of a different sex. Sex plays a necessary and


STATE PROTECTIONS
• Sexual Orientation
• Gender/Sex
• Gender Identity
• Gender Expression
U.S. Territories

P016



## WCSD PROTECTION

- Administrative Regulation 5161
- Gender Identity and Gender Non-Conformity – Students
- This regulation covers many different items
- Please refer to the legal presentation by Judy Prutzman, legal counsel for WCSD
- Reach out directly to Judy Prutzman or the Counseling and Social Work Department for specific questions


PRONOUNS
• Why are these important?
• Validating
• Care about student
• Being misgendered is painful
• What do I do?
• Follow student's lead/don't assume
• Use preferred pronoun
• If you made a mistake, correct yourself and move on
• Unsure? Use first name
• Create brave space
she
her
hers
they
them
theirs
he
him
his



# School Climate

School personnel play a vital role in the support of students identifying as part of the LGBTQ community.

The Trevor Project and GLSEN provided stats and information for the next slides.


SCHOOL CLIMATE
KEY FINDINGS
31.8%
missed at least one day of school in the past month because they felt unsafe or uncomfortable.
TREVOR
Washoe County School District




SCHOOL CLIMATE
8 out of 10
students reported being verbally harassed because of their sexual orientation
TREVOR
Washoe County School District



# LGBTQ Youth Specific Risk

- Gender Non-Conformity
- Distress Related to Coming Out
- Rejection when Coming Out
- Unique Developmental Stressors
- LGBTQ Related Victimization

THE TREVOR PROJECT

Washoe County School District



# Respond to Keep Youth Safe

- Listen
- Accept the person's feelings
- Express genuine and authentic care
- Do not force a youth to out themselves
- Ensure you are a trusted individual
- Connect them to the appropriate resource

THE TREVOR PROJECT

Washoe County School District



# RECOMMENDATIONS

**Student Safety**

- Implement comprehensive school bullying and harassment policies.
- Provide training for school staff to better respond to LGBTQ harassment in school.
- Intervene and connect when you witness anti-LGBTQ behavior or actions- Speak-Up

THE TREVOR PROJECT



# RECOMMENDATIONS

**Student Support**

- Support the creation and maintenance of Gay-Straight Alliances or similar clubs.
- Increase student access to LGBTQ-inclusive curricular resources.
- Include positive representations of LGBTQ role models or leaders in curriculum.
- Refer to school counselor, school social worker, or trained school personnel when appropriate.


RECOMMENDATIONS
• It is NEVER our place to tell a young person when, whether, where, or how to come out. Outing a student is a privacy issue.
• Remember the heightened need for confidentiality.
• Remember mandated reporting responsibilities.
• Use more inclusive language.

# TREVOR'S VISION

A future where the possibilities, opportunities and dreams are the same for all youth, regardless of sexual orientation or gender identity.




REMEMBER
ONE
Supportive adult in an environment can decrease an LGBTQ youth's risk for suicide by 40%
THE TREVOR PROJECT



# BEING AN ALLY

An ally promises to be...

- Consistently an ally
- Willing to ask questions, admit they are wrong, and keep learning
- An amplifier for the voices of LGBTQ people, but not speak on their behalf
- Conscious of my own privilege, prejudice, and dispositions
- Respect someone's gender identity
- Address the individual as they identify (name and pronouns)
- Respect individuals' privacy
- When an LGBTQIA+ person tells you of their personal life, they are trusting you with privileged information, to tell others without their approval of it is a betrayal of their trust



# LOCAL RESOURCES

NORTHERN NEVADA HOPES

- Northern Nevada HOPES https://www.nnhopes.org/patients/services/lgbtq/
  - Gender and Sexual Health Care clinic – 775-768-4673
- Our Center: local LGBTQ support center https://ourcenterreno.org/ 775-624-3720
- Transgender Allies Group - http://www.transgenderalliesgroup.org/
- Northern Nevada Pride - https://northernnevadapride.org/about
- PFLAG - https://pflag.org/
- Northern Nevada LGBTQ Leadership Alliance (NALA)

Washoe County School District



# RESOURCES

THE TREVOR lifeline

- 1.866.4.U.TREVOR
- GLSEN - https://www.glsen.org/
- Welcoming Schools - https://welcomingschools.org/
- The Jason Foundation - https://jasonfoundation.com/
- 988 – Suicide and Crisis Lifeline

Washoe County School District

# EXHIBIT "2"

Washoe County School District

# Administrative Regulation 5161

# GENDER IDENTITY AND GENDER NON-CONFORMITY - STUDENTS

**Responsible Office**: Office of School Leadership

## PURPOSE

This administrative regulation establishes protocols and informs staff regarding transgender and gender non-conforming students in the Washoe County School District ("District" or "WCSD").

## REGULATION

1. The District is committed to addressing the health and safety needs of all students, including those needs related to a student's actual or perceived gender identity. A safe and respectful environment is necessary for students to have equal access to all school programs and activities and is integral to student success. The District acknowledges its role in providing student with an understanding, appreciation of, and respect for the differences of others.
2. This administrative regulation does not anticipate every situation that might occur and, therefore, the needs of each student must be assessed on a case-by-case basis. In all cases, the goal is to foster the safe and healthy development of the transgender or gender non-conforming student while maximizing the student's social integration into the school setting and minimizing stigmatization of the student.
3. The District will not require proof of medical treatments as a prerequisite for respecting a student's gender identity or expression.
4. If a student has demonstrated a consistent, insistent, and persistent gender presentation over a period of time, school staff and volunteers shall not question whether that student's asserted gender identity is genuinely held.
5. Rights and Protections
    a. Right to Privacy –
        i. Transgender and gender non-conforming students have a right to privacy, including keeping private their sexual orientation, gender identity, transgender status, or gender non-conforming presentation at school. Transgender and gender non-conforming students have the right to discuss and express their gender identity and expression openly and to decide when, with whom, and how much to share their private information.
        ii. Staff shall not disclose information that may reveal a student's transgender or gender non-conforming status to others, including parents/guardians or other staff members, unless there is a specific

"need to know," they are legally required to do so, or the student has authorized such disclosure.

iii. Staff must be mindful of the confidentiality and privacy rights of students when contacting parents/guardians so as to not reveal, imply or refer to a student's actual or perceived sexual orientation, gender identity, or gender expression.

b. Names/Pronouns – Students have the right to be addressed by the names and pronouns that correspond to their gender identity. Using the student's declared name and pronoun promotes the safety and wellbeing of the student. When possible, the requested name shall be included in the District's electronic database in addition to the student's legal name, in order to inform faculty and staff, to include substitute teachers and classroom volunteers, of the name and pronoun to use when addressing the student.

i. A student is not required to change his/her official school record or obtain a court-ordered name or gender change in order to be addressed at school by the name and pronoun which corresponds to their gender identity. Such a request may be made by the student or by the student's parent/guardian.

ii. If a student obtains a court order changing his/her name or recognized gender, the student or student's parent/guardian should notify the school of the court order and the official school records will be modified as appropriate in accordance with the court order.

c. Restroom Access – Students shall have access to the restroom that corresponds to their gender identity as expressed by the student and asserted at school. Transgender and gender non-conforming students shall not be forced to use the restroom corresponding to their physiological or biological sex at birth, nor an alternative restroom such as in the health clinic.

i. If a transgender or gender non-conforming student or the student's parent/guardian provides notice to the school principal of a reason or desire for increased privacy and/or safety with regard to restroom use, regardless of the underlying reasons, the school shall take reasonable steps to provide a reasonable accommodation for the student, including but not limited to, providing the student access to gender neutral unisex restroom facilities or a single stall restroom. However, no student shall be compelled to use such bathroom.

d. Locker Rooms or Other Facilities – Students shall have access to use facilities that correspond to their gender identity as expressed by the student and asserted at school, irrespective of the gender listed on the

student's records, including but not limited to locker rooms. Transgender and gender non-conforming students shall not be forced to use the locker room corresponding to their physiological or biological sex at birth.

i. If a transgender or gender non-conforming student or the student's parent or /guardian provides notice to school officials a reason or desire for increased privacy and/or safety with regard to locker room use, regardless of the underlying reason, the student shall be provided access to a reasonable alternative locker room. The use of such accommodations shall be a matter of choice for a student and no student shall be compelled to use such accommodations. Such accommodations may include but not limited to:

1. Use of a private area in the public area (e.g., a nearby restroom stall with a door, an area separated by a curtain, a P.E. instructor's office in the locker room, or a nearby gender neutral restroom);
2. A separate changing schedule (either utilizing the locker room before or after the other students); or
3. Use of a nearby private area (e.g., a nearby restroom, a nurse's office).

e. Physical Education Class and Athletics – Transgender and gender non-conforming students shall be permitted to participate in physical education classes and intramural sports in a manner that is consistent with their gender identity.

f. Interscholastic Competitive Sports Teams – Participation in interscholastic athletics by transgender and gender non-conforming students in a manner consistent with their gender identity will be addressed on a case-by-case basis, consistent with the rules and bylaws governing interscholastic sports competition, the Nevada Interscholastic Activities Association (NIAA), Title IX, and any other applicable laws, rules or bylaws.

g. Dress Code – The District shall not implement a dress code that is gender-based. Transgender and/or gender non-conforming students have the right to dress in accordance with the gender identity or gender expression that they consistently assert at school and within the requirements of the school's dress code or site-based school uniform policy.

h. Yearbook Photos – Schools shall offer one of two alternatives in order to accommodate the needs of transgender and gender non-conforming students: (1) Allow students the option to select their preferred picture attire or "uniform", regardless of their biological sex and which is consistent with the student's asserted gender identity; or (2) Adopt a standardized, gender neutral picture "uniform" such as a cap and gown.

i. Academic Programming – the District discourages, within academic programming, the separation of students based upon gender unless it serves a compelling instructional or academic interest.

j. Gender Segregation in Other Activities – In other circumstances where students are separated by gender in school activities (e.g. class discussions, field trips, etc.), transgender and gender non-conforming students shall be permitted to participate in accordance with their gender identity that is asserted at school. Activities that may involve the need for accommodation to address student privacy concerns will be addressed on a case-by-case basis. In such circumstances, staff shall make a reasonable effort to provide an available and reasonable accommodation for the student that can address any such concerns.

k. Official Records – the District is required to maintain a mandatory permanent record which includes the legal name of the student, as well as the student's gender. The District shall only change a student's official records to reflect a change in legal name or gender upon receipt of documentation that such legal name and/or gender have been changed in accordance with Nevada legal requirements.

6. Terminology

   a. The following are examples of ways in which transgender and gender nonconforming youth describe their lives and gendered experiences: trans, transsexual, transgender, male-to-female (MTF), female-to-male (FTM), bi-gender, two-spirit, trans man, and trans woman.

   b. Faculty and staff may inquire which terms students may prefer and avoid terms that make these students uncomfortable; a good general guideline is to employ those terms which the students use to describe themselves.

7. Discrimination, Harassment and Bullying Complaints

   a. Concerns and/or complaints should be brought to the attention of the school principal immediately. The District provides several reporting mechanisms to include:

      i. Online at: www.wcsdbullying.com

      ii. By phone via Secret Witness at: 775-329-6666

      iii. Written or verbal to the school principal or other staff member

   b. A formal complaint of discrimination, harassment, intimidation or bullying based upon a student's transgender or gender non-conforming status, or a student's sex, gender, sexual orientation or gender identity may be brought under Board Policy 9200, Harassment and Discrimination Prohibited, Board Policy 5700, Safe and Respectful Learning Environment, the associated administrative regulations and the procedures set forth

therein. Incidents and/or allegations shall be given immediate attention which include, but are not limited to, the following:

i. Intervening immediately to stop the discrimination, harassment, bullying and/or violent behavior;

ii. Investigating the incident;

iii. Determining and enforcing corrective actions, as appropriate;

iv. Monitoring to ensure the behavior does not persist.

c. The intentional or persistent refusal to respect a student's gender identity, such as by referring to the student by a name or pronoun that does not correspond to the student's gender identity, may be considered a violation of Board Policy 9200, Harassment and Discrimination Prohibited, as well as this administrative regulation.

**DEFINITIONS**

1. These definitions are provided not for the purpose of labeling students but to assist in understanding this document and the legal obligations of faculty and staff.

   a. Gender Expression - The manner in which a person represents or expresses gender to others, often through behavior, clothing, hairstyles, activities, voice or mannerisms.

   b. Gender Identity: An individual's understanding, outlook, feelings and sense of being masculine, feminine, both or neither, regardless of one's biological sex.

   c. Gender Nonconforming - A term for people whose gender expression differs from stereotypical expectations, such as "feminine" boys, "masculine" girls, and those who are perceived as androgynous. This includes people who identify outside traditional gender categories or identify as both genders. Other terms that can have similar meanings include gender diverse or gender expansive.

   d. Gender Non-conforming / Variant: an individual who is, or is perceived to have, characteristics or behaviors that do not conform to societal expectations of gender expression. Gender non-conforming or variant individuals may or may not identify as lesbian, gay, bisexual, transgender or questioning.

   e. Sexual Orientation means having or being perceived as having an orientation, such as heterosexuality, homosexuality or bisexuality. Individuals may identify their sexual orientation as heterosexual, lesbian, gay, bisexual, questioning, or in other terms. Not all transgender youth identify as gay, lesbian, bisexual or questioning, and not all gay, lesbian,

bisexual and questioning youth display gender non-conforming characteristics.

f. Transgender – A term used to describe a person whose gender identity or expression is different from that traditionally associated with an assigned sex at birth. Other terms that can have similar meanings are transsexual and trans.

g. Transition - The process in which a person goes from living and identifying as one gender to living and identifying as another.

**DESIRED OUTCOMES**

1. The District, through this administrative regulation, seeks to foster an educational environment that is safe and free from discrimination for all students, faculty and staff, parents/guardians, volunteers and visitors, regardless of gender identity or gender expression.
2. This administrative regulation:
   a. Seeks to facilitate compliance with local, state, and federal laws concerning bullying, harassment and discrimination and to ensure that school and district policies do not discriminate against transgender and gender non-conforming students.
   d. Documents the District's intent to reduce the stigmatization of and improve the educational integration of transgender and gender non-conforming students, maintain the privacy of all students, and foster cultural competence and professional development for faculty and staff.
   e. Will support healthy communication between the District and parents/guardians to further the successful educational development and well-being of every student.

**IMPLEMENTATION GUIDELINES & ASSOCIATED DOCUMENTS**

1. This administrative regulation reflects the goals of the District's Strategic Plan and aligns/complies with the governing documents of the District, to include:
   a. Board Policy 9200, Harassment and Discrimination Prohibited
   b. Board Policy 5700, Safe and Respectful Learning Environment
2. This administrative regulation complies with Nevada Revised Statutes (NRS) and Nevada Administrative Code (NAC), to include:
   a. Chapter 386, Local Administrative Organization
      i. NRS 386.420 – 386.470, Nevada Interscholastic Activities Association
   b. Chapter 388, System of Public Instruction

i. NRS 388.121 – 388.145, Provision of Safe and Respectful Learning Environment

c. Chapter 392, Pupils

3. This administrative regulation complies with federal laws and regulations to include:
   a. Title VI of the Civil Rights Act of 1964
   b. Title IX of the Education Amendments of 1972

**REVIEW AND REPORTING**

1. This document shall be reviewed as part of the bi-annual review and reporting process, following each regular session of the Nevada Legislature. The Board of Trustees shall receive notification of any required changes to the associated policy.
2. Administrative regulations, and/or other associated documents, will be developed as necessary to implement this document. The Board of Trustees and Superintendent shall receive notification of the adoption and/or revision of any associated administrative regulations.

**REVISION HISTORY**

| Date | Revision | Modification |
|---|---|---|
| 2/12/2015 | 1.0 | Adopted |
| 4/3/2019 | 2.0 | Revised to add language referring to "insistent, persistent, and consistent" demonstration of gender |

# EXHIBIT "3"




**Responsible Office:** Office of the General Counsel

## BOARD POLICY 9200

## HARASSMENT AND DISCRIMINATION PROHIBITED

### PURPOSE

The Board of Trustees ("Board") is committed to providing safe and respectful environments within its schools, buses and other facilities, and at Washoe County School District ("District") sponsored events. Staff, students, and visitors shall be safe and free from harassment and discrimination; programs and services shall be developed and maintained that ensure equitable access; and diversity shall be valued as a contributing factor to successful academic and personal outcomes. The District is committed to identifying and correcting practices and policies that perpetuate negative beliefs and behaviors. This commitment includes the actions and behaviors of students, faculty and staff, coaches and volunteers, families, and other visitors to District facilities. Such behavior must not be allowed to contribute to opportunity gaps or create barriers to success.

### POLICY

1. Governing Principles
    a. The terms "harassment" and "discrimination" refer to acts and allegations of harassment, sexual harassment, discrimination, intimidation, retaliation, hazing, and related forms of violence or violent behavior.
    b. The District prohibits harassment and discrimination on its properties, in educational programs/activities, and employment, in accordance with applicable federal and state laws and regulations. This includes harassment and/or discrimination on the basis of:
        i. race,
        ii. color,
        iii. national origin, ethnic group identification, citizenship status, and native language,
        iv. marital status,
        v. ancestry,
        vi. sex, to include pregnancy,

vii. sexual orientation,

viii. gender identity or expression,

ix. genetic information,

x. religion,

xi. age,

xii. economic status,

xiii. a qualifying mental or physical disability, based on the Americans with Disabilities Act as Amended (ADAA), Section 504 of the Rehabilitation Act of 1973, or the Individuals with Disabilities in Education (IDEA) Act, to include use of a trained dog guide or service animal by a person with a disability; or

xiv. Military or veteran's status.

c. The prohibition against harassment and discrimination applies to any individual on District property, including a school bus, at a District- or school-sponsored event, or while acting on District business. This includes community organizations, and their members, which use a District facility, regardless of whether the club or organization has any connection to the school.

d. The District makes the following commitments through this and accompanying policies and regulations:

i. Safe and respectful environments shall be created and maintained in which all individuals are free from harassment and discrimination which creates or is reasonably certain to create an intimidating, hostile educational or work environment for the person at whom the conduct is directed, such that it substantially interferes with or impairs the individual's educational or work performance. (See Definitions for further description); and

ii. Creating environments which are safe, respectful, and free from harassment and discrimination include providing equal access to the programs and services offered by the District. Students enrolled in the District shall receive an equal opportunity to achieve their maximum potential through the curricular, co-curricular, and extra-curricular programs offered.

iii. The District states its commitment to providing a safe and respectful learning environment for students, to include freedom from bullying, through Board Policy 5700, and associated regulations.

iv. The District states its commitment to equal opportunities in employment for current, past, and prospective employees through Board Policy 4111, and associated regulations.

v. The District states its commitment to meaningful access to parents/guardians and other visitors through Board Policy 1505, and associated regulations.

vi. The District states its commitment to protecting the rights of gender non-conforming students through Administrative Regulation 5161, Gender Identity and Gender Non-Conformity.

2. Governing Practices

a. The Superintendent shall create and maintain a Civil Rights Compliance Department, which has the responsibility for coordination of compliance efforts concerning harassment, discrimination, and equal access.

b. An employee or representative of the District who is acting or purporting to act in an official capacity may not, based on the protected classes listed above, harass or discriminate against another person by:

i. Refusing to permit the person to use facilities open to the public and owned, operated, or managed by or on behalf of the District, except in accordance with District policies and regulations.

ii. Refusing to permit the person to participate in a program owned, operated, or managed by or on behalf of the District;

iii. Refusing to grant a benefit to the person; or

iv. Imposing an unreasonable burden on the person.

c. The District shall not prohibit access to its properties and facilities, to include the District's website, by persons with disabilities and shall make all reasonable accommodations to guarantee access.

d. The superintendent shall cause to be created regulations, procedures, and programs that include, but are not limited to:

i. Communication of this policy and any accompanying regulations or site-based protocols to staff, students, parents/guardians, and the community. Such communication may include through means to include, but not limited to, school activities such as "Week of Respect" and posted notices in District publications and District websites.

ii. Annual training for the Board of Trustees, staff, coaches, and volunteers. Such training shall include, but not be limited to:

1. Methods to prevent, identify, and report incidents of harassment or discrimination;
2. Methods for addressing the rights and needs of persons with diverse gender identities or expressions; and
3. Methods for addressing the needs of students with disabilities and students with autism spectrum disorder.

e. Any individual who witnesses or receives information that a possible violation of this policy has occurred shall report the possible violation to the school principal or designee, site supervisor, or the Civil Rights Compliance Department.

i. Reports of student discrimination based on race, national origin, disability, sex or religion may also be filed with the U.S. Department of Education's Office for Civil Rights.

ii. Specific procedures related to the District's reporting and investigation process may be found in associated administrative regulations.

f. The District will act promptly on reports, complaints, and appeals related to harassment and/or discrimination which are brought to the attention of the District in compliance with the District's posted complaint process and accompanying timelines. At all times, to the extent possible, confidentiality of the parties involved shall be maintained.

i. The student reporting process is detailed within Administrative Regulation 5700, Student Complaint and Appeal Procedures – Bullying, Harassment, and Discrimination;

ii. The staff reporting process is detailed within Administrative Regulation 4111.3, Staff Complaint Process: Harassment, Sexual Harassment and Intimidation; and

iii. The public reporting process is detailed within Administrative Regulation 1312, Public Complaint Resolution Procedures.

g. Behavior which is or may be considered criminal in nature, or results in substantial bodily harm, will be referred to law enforcement.

h. Individuals found to be engaging in behavior prohibited by this policy may be subject to appropriate disciplinary action. Examples of possible disciplinary action could include, but are not necessarily limited to:

  i. Non-staff / non-students, to include a school volunteer, found to be in violation of this policy may be trespassed from District property;

  ii. Faculty and staff members found to be violation of this policy may be subject to disciplinary action pursuant to the employee negotiated agreements.

  iii. Students found to be in violation of this policy may be subject to disciplinary action pursuant to the District's student behavior matrix.

**DEFINITIONS**

1. Harassment is unwelcome conduct that is based on race, color, religion, sex (including pregnancy), national origin, age (40 or older), disability or genetic information. Harassment becomes unlawful when enduring the offensive conduct becomes a condition of continued employment; or the conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive.

   a. Anti-discrimination laws also prohibit harassment against individuals in retaliation for filing a discrimination charge, testifying, or participating in any way in an investigation, proceeding, or lawsuit under these laws; or opposing employment practices that they reasonably believe discriminate against individuals, in violation of these laws.

2. Discrimination is the distinguishing treatment of an individual based on their actual or perceived membership in a certain group or category, in a way that explicitly or implicitly affects an individual's employment, prevents or denies equal access to programs or benefits; unreasonably interferes with an individual's work performance; or creates an intimidating, hostile or offensive educational or work environment.

   a. "Discrimination" based on race, color, religion, sex (including non-conformity to gender stereotypes), sexual orientation, gender identity or expression, age, disability, religious preference, or national origin is prohibited.

      i. "Disability" means, with respect to a person: 1) a physical or mental impairment that substantially limits one or more of the major life activities of the person, including, without limitation, the

human immunodeficiency virus; 2) a record of such an impairment; or 3) being regarded as having such an impairment.

ii. "Gender identity or expression" means a gender-related identity, appearance, expression or behavior of a person, regardless of the person's assigned sex at birth.

iii. "Sexual orientation" means having or being perceived as having an orientation for heterosexuality, homosexuality or bisexuality.

3. Sexual Harassment is a form of sexual discrimination that involves unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when submission to or rejection of this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance or creates an intimidating, hostile or offensive educational or work environment. The term sexual harassment includes sexual violence under Title IX of the Educational Amendments.

4. Retaliation is adverse action (e.g. payback, retribution, revenge) taken against an individual for engaging in legally protected activity such as making a complaint of harassment or participating in workplace or school site investigations.

5. Intimidation is defined as intentional behavior that would cause an ordinary person to fear harm or injury.

6. Equal Access refers to:

   a. the rights guaranteed under the Equal Access Act, which provides that the District shall not deny a fair opportunity to, or discriminate against, any students who wish to conduct a meeting based on the religious, political, philosophical, or other content of the speech at such meetings; and/or

   b. the rights guaranteed to students to an equal opportunity to participate in and achieve through District programs and services regardless of his/her real or perceived race, color, age, creed, religion, sex, national origin, disability or marital or parental status.

**DESIRED OUTCOMES**

1. Through this policy, the Board states its commitment that the District shall:

   a. Adopt comprehensive, appropriate and effective student-centered programs demonstrated to reduce disruption and misconduct; support and reinforce positive behavior and character development; and help students succeed.

b. Promote a culture of respect that prohibits discriminatory practices and in which individuals are judged on their merits.

c. Assist in the implementation and maintenance of effective anti-discriminatory employment practices; procedures for investigating discrimination complaints; and programs to educate students and employees about unlawful discriminatory practices.

## IMPLEMENTATION GUIDELINES & ASSOCIATED DOCUMENTS

1. This policy reflects the goals of the District's Strategic Plan and aligns/complies with the governing documents of the District, to include:

    a. Board Policy 1600, Public Complaints, and any associated documents

    b. Board Policy 5700, Safe and Respectful Learning Environment, and any associated documents

    c. Board Policy 4111, Equal Opportunity in Employment

    d. Administrative Regulation 5701, Student Complaint and Appeal Procedures – Bullying, Harassment, and Discrimination

    e. Administrative Regulation 5161, Gender Identity and Gender Non-Conformity - Students

    f. Administrative Regulation 4425, Staff Complaint Process: Harassment, Sexual Harassment and Intimidation

    g. Administrative Regulation 7521, Service Animals

2. This policy complies with Nevada Revised Statutes (NRS) and Nevada Administrative Code (NAC), to include:

    a. Chapter 200, Crimes Against the Person

    b. Chapter 388, System of Public Instruction

        i. NRS 388.121 – 388.1459, Provision of Safe and Respectful Learning Environment

        ii. NRS 388.417 – 388.525, Pupils with Disabilities

        iii. NRS 388.5251 – 388.5317, Gifted and Talented Pupils

    c. Chapter 388D, Alternative School Choices

        i. NRS 388D.060 (Homeschool children) Discrimination Prohibited

d. Chapter 391, Personnel

i. NRS 391.750, Grounds for suspension, demotion, dismissal and refusal to reemploy teachers and administrators

e. Chapter 392, Pupils

i. NRS 392.461 – 392.4675, inclusive, Behavior and Discipline

ii. NRS 392.900 – 392.920, inclusive, Unlawful Acts

f. Chapter 613, Employment Practices

i. NRS 613.310 – 613.435, Equal Opportunities in Employment

3. This policy complies with federal laws and regulations, to include:

a. Title II, Americans with Disabilities Act as Amended (ADAA);

b. Title IV, VI and VII of the Civil Rights Act of 1964;

c. Title IX of the Education Amendments of 1972 (Title IX);

d. Section 504 of the Rehabilitation Act of 1973;

e. Individuals with Disabilities in Education Act (IDEA);

f. Age Discrimination Act of 1975; and

g. Equal Access to Public School Facilities (Boy Scouts of America Equal Access Act).

**REVIEW AND REPORTING**

1. This document shall be reviewed as part of the bi-annual review and reporting process, following each regular session of the Nevada Legislature. The Board of Trustees shall receive notification of any required changes to the policy as well as an audit of the accompanying governing documents.
2. Administrative regulations, and/or other associated documents, will be developed as necessary to implement this policy.

**REVISION HISTORY**

| Date | Revision | Modification |
|---|---|---|
| 2-10-2015 | 1.0 | Adopted: Consumed Board Policy 4111.3, Harassment, Sexual Harassment and Intimidation |

| | | |
|---|---|---|
| 7-14-2015 | 2.0 | Revised: pursuant to changes during the 2015 Legislative Session (SB504) |
| 12-13-2016 | 3.0 | Revised: updated reference documents, NRS cites |
| 5/22/2018 | 4.0 | Revised: updated to remove bullying to BP 5700 |