**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in his individual capacity,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFELD, DOES I-XX and ROE entities I-XX.<br><br>　　　　　　Defendants. | Case No.: 3:23-cv-00129-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STPULATION TO DISMISS AND FOR EXTENSION OF TIME** |

　　　IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiffs JANE DOE, and KEVIN A. PICK, ESQ. Counsel for Defendants WASHOE COUNTY SCHOOL DISTRICT, its BOARD OF TRUSTEES, and SUPERINTENDENT SUSAN ENFIELD, the following:

1. That Defendants SUSAN ENFIELD and BOARD OF TRUSTEES are hereby dismissed without prejudice.

2. That the date for responding to Defendants' Motion to Dismiss shall be extended by two weeks to June 20, 2023.

3. That Defendants' deadline to file the Reply to Plaintiffs' Response to Motion to Dismiss shall be extended by two weeks to July 11, 2023.

Dated this 2nd day of June, 2023.

/s/     *Kevin A. Pick, Esq.* 
KEVIN A. PICK, ESQ.
425 E. Ninth Street
Reno, Nevada 89512
Tel: (775) 348-0300
kevin.pick@washoeschools.net
Counsel for Defendants

/s/     *Sigal Chattah, Esq.* 
SIGAL CHATTAH, ESQ.
5875 S. Rainbow Blvd #205
Las Vegas NV 89118
(702) 360-200
Chattahlaw@gmail.com
Counsel for Plaintiffs

## ORDER

IT IS THEREFORE ORDERED that the Parties Stipulations as entered above and the briefing schedule shall proceed accordingly.

Dated this 6th day of June, 2023.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge