AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JANE DOE, as Guardian of J. DOE, a Minor, and in her individual capacity,

        Plaintiff,

v.

WASHOE COUNTY SCHOOL DISTRICT, *et al.,*

        Defendants.

JUDGMENT

Case Number:   3:23-cv-00129-ART-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Washoe County School District's Motion to Dismiss (ECF No. 24) is granted.
**IT IS FURTHER ORDERED** that Plaintiff Jane Doe's Complaint (ECF No. 1) is dismissed, and her Motion for Preliminary Injunction (ECF No. 12) is denied as moot.
**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date:  January 25, 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*