UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, as Guardian of J. Doe, a minor and in her individual capacity,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, its Board of Trustees,<br><br>        Defendant - Appellee,<br><br>and<br><br>SUSAN ENFELD and WASHOE COUNTY SCHOOL DISTRICT BOARD OF TRUSTEES,<br><br>        Defendants. | No. 24-945<br><br>D.C. No. 3:23-cv-00129-ART-CLB<br><br>District of Nevada, Reno<br><br>MANDATE |

The judgment of this Court, entered January 13, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT